Harvey I. Saferstein (SBN: 49750)
Nada I. Shamonki (SBN: 205359)
MINTZ LEVIN COHN FERRIS GLOVSKY AND
　POPEO, P.C.
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Phone: (310) 586-3200
Fax:　　(310) 586-3202
email: hsaferstein@mintz.com; nshamonki@mintz.com

-and-

Joseph H. Baldiga (*Admitted pro hac vice*)
Christine E. Devine (*Admitted pro hac vice*)
Gina M. Barbieri (*Admitted pro hac vice*)
MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:　　(508) 791-8502
email: jbaldiga@mirickoconnell.com; cdevine@mirickoconnell.com;
　　　gbarbieri@mirickoconnell.com

Attorneys for Creditor
Universal Service Administrative Company

FILED & ENTERED

JUN 07 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY natan      DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY**

| | |
|---|---|
| In re:<br><br>PACIFIC CENTREX SERVICES INC. d/b/a PCS1, INC f/k/a PACIFIC CENTREX SERVICES, LLC,<br><br>　　　　　　Debtor. | Case No. 1:09-bk-17942-MT<br><br>Chapter 11<br><br>**ORDER ALLOWING AND DIRECTING THE IMMEDIATE PAYMENT OF UNIVERSAL SERVICE FEES ACCRUING POST-PETITION**<br><br>**HEARING HELD:**<br>**DATE:**　May 24, 2010<br>**TIME:**　10:00 a.m.<br>**CTRM:**　302<br>　　　　21041 Burbank Boulevard<br>　　　　Woodland Hills, CA |

Upon consideration of all the papers filed in connection with the Motion for Entry of an Order Allowing and Directing the Immediate Payment of Universal Service Fees Accruing Post-Petition dated April 30, 2010 (the "Motion") filed by Universal Service Administrative Company ("USAC"), and after hearing argument from counsel, **IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED.

2. The Court adopts as its final ruling the conclusions set forth in its Notice of Tentative Ruling, filed and entered on May 26, 2010 as Docket No. 92 [related Docket No. 72].

3. USAC is hereby allowed and granted a Chapter 11 administrative claim pursuant to Bankruptcy Code §§ 503(a) and 503(b)(1)(A) in the amount of $32,830.40.

4. Debtor is hereby ordered and directed to pay USAC's allowed Chapter 11 administrative claim in three installments as follows:

    a. Payment of $10,943.47 on or before June 28, 2010;

    b. Payment of $10,943.47 on or before July 19, 2010; and

    c. Payment of $10,943.46 on or before August 9, 2010.

5. The Debtor is hereby ordered and directed to pay all USF Obligations[1] to USAC when invoiced including, without limitation, those USF Obligations invoiced by USAC on its monthly statements of account dated April 22, 2010 and May 21, 2010.

6. The Debtor is hereby ordered and directed to submit the following past-due Revenue Reports to USAC:

    a. The Debtor shall file the Quarterly Revenue Report initially due on May 3, 2010 by no later than June 14, 2010;

    b. The Debtor shall file the Annual Revenue Report initially due on April 1, 2010 by no later than June 28, 2010.

---

[1] Unless otherwise defined herein, capitalized terms shall have the meaning ascribed to them in the Motion.

-2-

1     7.    The Debtor is hereby ordered and directed to timely submit to USAC all future Quarterly Revenue Reports and Annual Revenue Reports as they come due.

This order is made without prejudice to the Debtor's rights under federal law and federal regulations to file the requisite quarterly and annual reports.

###

DATED: June 7, 2010

_____
United States Bankruptcy Judge

-3-

APROVED AS TO FORM:

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

/s/ Nada I. Shamonki
Harvey I. Saferstein
Nada I. Shamonki

Attorneys for Creditor
UNIVERSAL SERVICE ADMINISTRATIVE COMPANY


LAW OFFICES OF ROBERT M. YASPAN

/s/ Debra R. Brand
Robert M. Yaspan
Debra R. Brand

Counsel to the Debtor
PACIFIC CENTREX SERVICES INC.

| In re: Pacific Centrex Services, Inc.<br><br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-17942-MT |
|---|---|

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2029 Century Park East, Suite 1370, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described as ORDER ALLOWING AND DIRECTING THE IMMEDIATE PAYMENT OF UNIVERSAL SERVICE FEES ACCRUING POST-PETITION will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On June 4, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Robert M. Yaspan  
Debra R. Brand  
Law Offices of Robert M. Yaspan  
21700 Oxnard Street, Suite 1750  
Woodland Hills, CA 91367  

Office of US Trustee  
21051 Warner Center Lane, Suite 115  
Woodland Hills, CA 91367  

Chambers, Hon. Maureen A. Tighe  
21041 Burbank Boulevard, Room 325  
Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 4, 2010 | Diane Endo | /s/ Diane Endo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| | |
|---|---|
| In re: Pacific Centrex Services, Inc.<br><br>                                Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-17942-MT |

<u>NOTE TO USERS OF THIS FORM:</u>

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) <u>ORDER ALLOWING AND DIRECTING THE IMMEDIATE PAYMENT OF UNIVERSAL SERVICE FEES ACCRUING POST-PETITION</u> was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II.    <u>SERVED BY THE COURT VIA U.S. MAIL:</u>** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.    <u>TO BE SERVED BY THE LODGING PARTY</u>:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Robert M. Yaspan                                               Office of US Trustee
Debra R. Brand                                                  21051 Warner Center Lane, Suite 115
Law Offices of Robert M. Yaspan                       Woodland Hills, CA 91367
21700 Oxnard Street, Suite 1750
Woodland Hills, CA 91367

☐ Service information continued on attached page