ROBERT M. YASPAN, SBN 051867
DEBRA R. BRAND, SBN 162285
LAW OFFICES OF ROBERT M. YASPAN
21700 Oxnard Street, Suite 1750
Woodland Hills, CA 91367
Telephone: (818) 774-9929
Facsimile: (818) 774-9989
General Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Chapter No.: 11 |
| PACIFIC CENTREX SERVICES, INC., a California Corporation, dba PSC1, | Bk. Case No.: 1:09-bk-17942 |
| Debtor. | **STATUS CONFERENCE REPORT** |
| | Date: July 28, 2011 |
| | Time: 9:30 a.m. |
| | Place: Courtroom 302 |

PLEASE TAKE NOTICE that Pacific Centrex Services, Inc., the herein Debtor and Debtor-in-Possession, hereby presents its Status Report on the progress of the settlement discussions with AT&T:

1. The Debtor and AT & T have been engaged in settlement negotiations for the past several months. As of this date, the Debtor and AT & T have been working together and are making progress toward a resolution of the matter.

1

2.    Debtor is working on its amended plan and disclosure statement. Prior to it being filed, it was sent to AT&T's counsel, who is currently reviewing the plan amendments. The Debtor anticipates having the amendments on file by no later than August 2, 2011.

3.    The Debtor and AT&T are currently discussing whether to assume the AT&T contract by plan or by motion.

4.    At the status conference, Debtor will be requesting a disclosure statement hearing date on an expedited schedule. Debtor will further be requesting the same for the confirmation hearing.

Dated: July 27, 2011

LAW OFFICES OF ROBERT M. YASPAN

By _____
Robert M. Yaspan
Debra R. Brand
General Counsel for Debtor

2

| In re: Pacific Centrex Services Inc. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-17942 |

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
21700 Oxnard Street, Suite 1750, Woodland Hills CA 91367

The foregoing documents **STATUS CONFERENCE REPORT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 27, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Katherine Bunker    kate.bunker@usdoj.gov
- Shawn M Christianson    cmcintire@buchalter.com
- Christine E Devine    cdevine@mirickoconnell.com
- Mark D Houle    mark.houle@pillsburylaw.com
- Keith E Johnson    kjohnson@goodinmacbride.com
- Ira Benjamin Katz    IKatz@GershuniKatz.com
- Alexandra Kazhokin    akazhokin@buchalter.com, ifs_filing@buchalter.com
- Kimberly E Neureiter    efile@pbgc.gov
- Neil M Peretz    neil.peretz@usdoj.gov
- Steven E Rich    srich@mayerbrown.com
- Nada I Shamonki    nshamonki@mintz.com, docketing@mintz.com
- Mark R Snyder    efile@pbgc.gov
- Shane W Tseng    swt@hirschmannlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Yuri Voronin    yvoronin@lawyer.com
- Robert M Yaspan    court@yaspanlaw.com, tmenachian@yaspanlaw.com

**II. SERVED BY U.S. MAIL**
On July 27, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

SEE ATTACHED SERVICE LIST

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 27, 2011 | Alla Viner | |
|---|---|---|
| Date | Type Name | Signature |

{CZT/00191710.DOC/POS/00005.000}This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

Pacific Centrex Services Inc.
6855 Tujunga Ave.
North Hollywood, CA 91605

Office of US Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

AT&T DG c/o AT&T
P.O. Box 8108
Aurora, IL 60507-8108

Cannon Ventures LLC
4236 Flintlock Lane
Westlake Village, CA 91361

Klinedinst, Fliehman & McKillop 501 West
Broadway Suite 600
San Diego, CA 92101

Goodin, MacBride, Squeri,
Day & Lamprey, LLP
505 Sansome Street, #900
San Francisco, CA 94111

Associated Industries
11347 Vanowen Street
North Hollywood, CA 91605

Date Connection
12007 Sunrise Valley Drive Ste 250
Reston, Virginia 20191

Solomon Ross Grey & Co.
16633 Ventura Blvd Ste 600
Encino, CA 91436-1835

Anthem Blue Cross
Department 5812
Los Angeles, CA 90074-5812

NetDigital Inc
6120 Rosemont Court
Birmingham, AL 35242

530 Sixth Street
c/o Morlin Management Corp
444 S. Flower St., Ste 500
Los Angeles, CA 90071

DTI 3
651 Fau Blvd., Suite 300
Boca Raton, FL 33431

Pacific Bell
Payment Center
Sacramento, CA 95887-0001

Global Crossing
200 Galleria Center, Suite 401
Southfield, MI 48034-7406

XO Communication
File 50550
Los Angeles, CA 90074-0550

Valley Industrial Properties
32111 Mulholland Hwy
Malibu, CA 90265

Cox Communications Inc
P.O. Box 105339
Atlanta, GA 30348-5339

SBC Communications Inc
P.O. Box 650516
Dallas, TX 75265-0516

AT&T Payment Center
2700 Watt Ave, Rm 1123
Sacramento, CA 95821

Century Marketing Inc
1055 E. Tropican Ave, Ste 87
Las Vegas, NV 89119

AT&T Payment Center
Sacramento, CA 95887

Request for Special Notice
Linda Boyle
Tw telecom inc
10475 Park Meadows Drive, Suite 400
Littleton, CO 80124

Request for Special Notice
Keith E. Johnson
Goodin, Macbride, Squeri, Day & Lamprey LLP
505 Sansome St, # 900
San Francisco, CA 94111

Request for Special Notice
William B. Freeman
David Tabibian
725 S. Figueroa St, #2800
Los Angeles, CA 90017

Chamber Copy
The Honorable Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 325
Woodland Hills, CA 91367

Nada I. Shamonki
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo PC
2029 Century Park East, Suite 1370
Los Angeles, CA 90067

Law Offices of Kristopher E. Twomey
1425 Leimert Blvd., Suite 404
Oakland CA 94602

Yuri Voronin
Law Offices of Yuri Voronin
14011 Ventura Blvd., Suite 212W
Sherman Oaks, CA 91423

Annette Peterfy
32111 Mulholland Highway
Malibu, CA 90265

Joseph S. Fischbach
32111 Mulholland Highway
Malibu, CA 90265

Law Offices of Kristopher E. Twomey
1425 Leimert Blvd., Suite 404
Oakland CA 94602

PILLSBURY WINTHROP SHAW PITTMAN LLP
MARK D. HOULE
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626